FILED by \_\_\_**MC**\_\_\_ D.C.

Oct 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20529-CR-GAYLES/TORRES

18 U.S.C. § 542
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

v.

JESUS GABRIEL RODRIGUEZ, JR.,

Defendant.
_____/

## INFORMATION

The Acting United States Attorney charges that:

On or about September 16, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JESUS GABRIEL RODRIGUEZ, JR.,**

did knowingly and intentionally enter and introduce into the commerce of the United States imported merchandise, that is, 87,448 grams of gold, by means of a fraudulent and false invoice, declaration, and paper, and by means of a false statement, written and verbal, and by means of a false and fraudulent practice, and did make a false statement in a declaration without reasonable cause to believe the truth of such statement, and did procure the making of such a false statement as to a matter material thereto without reasonable cause to believe the truth of such statement.

All in violation of Title 18, United States Code, Sections 542 and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America

of certain property in which the defendant, **JESUS GABRIEL RODRIGUEZ, JR.,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 542, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation.

All pursuant to Title 18, United States Code, Section 982(a)(2)(B), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

_____
ANDREA GOLDBARG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JESUS GABRIEL RODRIGUEZ, JR.,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✓]
   - II  6 to 10 days  [ ]
   - III 11 to 20 days [ ]
   - IV  21 to 60 days [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-mj-03160-Reid**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Walter M. Norkin
Assistant United States Attorney
Court ID No.    A5502189

*Penalty Sheet(s) attached                                                                 REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JESUS GABRIEL RODRIGUEZ, JR.

**Case No:** _____

Count #: 1

Entry of Goods by Means of False Statements

Title 18, United States Code, Section 542

*__Max. Penalties:__ 2 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JESUS RODRIGUEZ, JR., | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*