IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20529-DPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESUS RODRIGUEZ,

        Defendant.
_____/

**NOTICE OF PENDING AND RELATED SIMILAR ACTION**
**(U.S.D.C. - SD-FLA. RULE 3.8)**

Pursuant to U.S.D.C. - SD-Fla. Rule 3.8, together with Sections 2.15.00 and 2.06.00 of the Court's Internal Operating Procedures, counsel notifies the Court of the existence of a similar action or proceeding now pending[1] before The Honorable Robert N. Scola, United States District Court Judge, in re: <u>United States of America v. Samer H. Barrage, Renato J. Rodriguez, and Juan P. Granda</u>, Case No. 17-Cr-20215-Scola.

The subject matter of this case (US v. Jesus Rodriguez) is a material part of the subject matter of <u>United States of America v. Barrage, et. al.</u>, Case No. 17--Cr-20215-Scola, and the disposition thereof is likely to entail the unnecessary duplication of judicial labor. Case No. 21-20215-Cr-Scola is the lower numbered action.

Counsel for Government, Walter N. Norkin, and Defendant's counsel have discussed this matter. Counsel for the government has no objection to the transfer of the case to Judge Scola's division for its resolution.

---

[1] The docket report in US v Barrage, et. al., reflects that the cases have been terminated, however, the Court retains jurisdiction as the defendants are subject to supervised release.

Respectfully submitted,

BY: /s/ *Michael R. Band*

Michael R. Band
Florida Bar No. 228338

Michael R. Band, P.A.
1224 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
TEL: 305.372.8500
FAX: 305.372.8504
Email: michael@bandlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and same was delivered to all parties in this case in the same manner.

BY: *Michael R. Band*

Michael R. Band
Counsel for the Defendant