UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 21-CR-20529-DPG

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

JESUS GABRIEL RODRIGUEZ, JR.

    *Defendant.*

_____/

**NOTICE OF FILING
LETTERS OF SUPPORT ON BEHALF OF THE DEFENDANT, JESUS GABRIEL RODRIGUEZ, JR.**

Jesus Gabriel Rodriguez, Jr. by and through the undersigned counsel, hereby gives notice of the filing of letters of support from the following individuals:

1) Laura Rodriguez
2) Bernie Navarro
3) Alfredo Balsera
4) Alfred F. Andreu
5) Anthony Falcon
6) Armida Di Santi
7) Angel U. Guinea
8) Kristine Gondar
9) Marvin Bostock
10) Mario G. Hernandez, III
11) Carlo Rubino

12) Eladio M. Paez

13) Henry Jimenez

14) Rev. Spenser B. Potter

15) Gabriel O. Fundora

16) Peter A. Quinter

    Respectfully submitted,

    **MICHAEL R. BAND, P.A.**
    1224 Alfred I. DuPont Building
    169 East Flagler Street
    Miami, FL 33131•1210
    Tel: 305•372•8500
    Fax: 305•372•8504
    Email: michael@bandlawfirm.com

    *s/ Michael R. Band*

    MICHAEL R. BAND
    Florida Bar № 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March 2021, a true and correct copy of the foregoing Notice of Filing: Letters of Support was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

    *s/ Michael R. Band*

    MICHAEL R. BAND