Laura Rodriguez
6745 SW 146 Street
Palmetto Bay, FL 33158

February 2, 2022

Hon. Darrin P. Gayles
U.S. District Court
Southern District of Florida

Re:     Character Reference for Jesus G. Rodriguez, Jr.
        Case No.: 21-CR-20529-DPG
        Sentencing Date: April 4, 2022

Dear Judge Gayles,

I am Laura de Jesus Rodriguez, wife to Jesus Rodriguez Jr. We have been married for ten years, but have known each other for twenty. We share two beautiful sons Jay 7 and Ian who just turned 5. I met Jesus working in downtown, every evening he would walk with me a few blocks to our parking lot. On one particular evening, a homeless man we were all familiar with handed Jesus an apple, he immediately took a bite and said thanks. We continued on and as soon as we turned the corner, I began to express my disbelief. Jesus's response was one I will never forget, "I have given that man food on many occasions and he has never refused it, what would it say about me if I didn't accept his gesture." I learned that these acts were not out of character for him.  My husband is a man who will put others before himself, a man who will show me time and time again he has no ego.

Our boys have the most amazing relationship with their father. He runs home every day to be present at soccer and football practice, do homework, bath time and put them to bed. Jesus is always making plans for us, such as adventures in the Everglades and daytrips to the Keys. He takes the boys fishing, preparing rods, casting, while they reel in the fish and he sets it up all over again. He has so much patience with myself and the boys. He makes them their favorite breakfast of grits and eggs, prepares Jay the best sandwiches and will spend the day making me oxtail. He is the center of our household and the love of my life.

Jesus is selfless not only at home but with his family, his former employees, our church, our friends and neighbors. He is always available to us all. His parents have relied on him over the years. He stepped up through their divorce at the age of 19, becoming the man of the house and providing a safe space for his little brother.  He held his family together. His parents would remarry.  But he would have to put them first again when his father suffered a heart attack that almost killed him.  He would have to take the reign of his father's company to help provide for his entire extended family. Jesus has lived an honorable life; one his sons can be proud of and learn from. There is already so much of Jesus in my boys. Jay is smart like daddy, while Ian is loyal. I couldn't have chosen a better man to share this life with.

Five years ago just before a family trip to Disney for my eldest son's 3rd birthday Jesus learned that he was a target in an investigation. When he shared the news, I was floored, here we were with a newborn and a toddler clueless of the long road ahead. Needless to say we have continued nurturing our children and creating memories, but not without the cloud hanging over us. It has cost us joy at certain times and we will never get those moments back. I beg of you to consider our sons, whom are young and in need of their father when sentencing.

Respectfully,

Laura de Jesus Rodriguez

Bernie Navarro
700 Biltmore Way
C-1
Coral Gables, FL 33134
(305) 445-5223


December 1, 2021

Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, FL 33128

Re: Sentencing of Jesus Rodriguez Jr.

Esteemed Judge Gayles:

It is with a heavy heart and mixed emotions that I write this letter on behalf of Jesus Rodriguez Jr. I am Jesus 'current employer. Jesus has been personally known to me for over 20 years. He was my colleague at General Motors Acceptance Corp. I was also his employer at Citibank nearly 20 years ago. We first met upon being elected to the West Dade Community Council. During our tenure there, I witnessed his compassion for his community.

While working at GMAC, I was tasked with raising funds and procuring volunteers for a Thanksgiving food drive that was to benefit families in our County. When I mentioned the need to Jesus Rodriguez, he immediately signed himself up, donating money and time to the cause. On the week of this event, Jesus would meet with the organizers after work and see where he could help, whether it was going to pick-up canned goods in his pickup truck, or ferrying around volunteers who did not have transportation. On the day of the event, he took the day off of work to pitch in with the handout. It was a long day of manual labor. Jesus Rodriguez worked as hard as anyone to ensure that all those who showed up would leave with a care package. I have enclosed a picture of Jesus Rodriguez on that day. Through the years, it was known to me that Jesus Rodriguez would often lend his efforts towards issues related to food drives and overall nutrition for those in his community. He would comment that it was the most basic need, and yet went unfulfilled in our society.

He consistently worked towards improving the quality of life of the residents of West Dade by using his platform to make our streets safer for its residents, often going above and beyond what this "volunteer" position required. In one instance in particular, I remember where he identified a very long street that had no stop signs. This residential street was plagued with drag racing and speeding cars, putting its residents in peril. Jesus Rodriguez was persistent in convincing the County in conducting a traffic concurrency study in order to prove the plight of the neighborhood. After about a year of lobbying, the county finally conducted the study and found that the traffic in the neighborhood was elevated and dangerous due to the lack of stop signs on a stretch of residential street for nearly a mile.

On two other occasions I reached out to Jesus to inquire about job placements for people who had been down on their luck. One was an immigrant who had arrived recently, and who had no family to help him get on his feet. The other was a single mother whose husband had abandoned her and their

children.  In both instances Jesus went above and beyond to hire these individuals.  He personally sponsored their training and licensing so that they could become employees at his company.  He also gifted them money to put down as security deposits on their housing.  Both of these individuals went on to have gainful employment, able to provide for themselves and their families.  This was not out of Character for Jesus, who while serving on the Community Council, inspired calm and mutual respect between opposing parties on the issues before the council.

I am well aware of the allegations surrounding Jesus.  Further I am aware that he entered a plea of guilty.  I hired him to work for me.  One may ask why?  I know Jesus.  I know him as a man of integrity. I know him as an individual who has extended himself and worked on behalf of our community.  I believe him to be an honorable person.  I also know Jesus as a loving father to his two sons Jay and Ian, a loving Husband to his Partner Laura and a dutiful loving son to his Parents Jesus Sr. and Abby.   He is a constant presence in their life and I have witnessed what a loving, patient, and nurturing father, husband, and son he is.  Due to the rigors of his past and present employment, I know that he spends every spare second with them.  He is the sole provider for his family, and a constant presence in his parent's life, helping them with their health issues and others.  To be separated from his family will needlessly harm his children, partner, and aging parents.  This issue is very out of character for him.  I know him to be a very respectful, courteous and morally upright human Being.  For these reasons and many more, I humbly ask for leniency for Jesus, and for him not to be separated from his family.

Respectfully,

Bernie Navarro

# *Market Commentary* Grows to 95,000

*Market Commentary* is entering its eighth year of publication, and that's impressive news for many reasons.

What started as a typed and stapled bi-weekly report to help loan officers stay abreast of the market, was quickly swept into something much larger. Today, the newsletter reaches more than 95,000 professionals in the real estate, building and financial planning markets every three weeks.

A hallmark of *Market Commentary* is its objectivity. We report the news with very few commercial interruptions. Messages and story ideas from the readership attest to the fact that they respect it as a source of information. *Market Commentary* even generates media attention as several nationally-syndicated real estate columnists pull from it regularly, giving GMAC Mortgage additional attention as an industry expert.

But it is a promotional vehicle too. Every third issue, the format is expanded to include an advertisement or product-specific information. And for loan officers, it can be a highly-personalized form of marketing. "It's a great tool for keeping our name in front of real estate professionals, builders and referral sources," says Mike Sessions, manager in Hawaii. "We're fortunate that marketing services provides us with an informative and well-respected newsletter that can be personalized for each loan officer."

Judy Relf, a branch manager in Flint, MI, agrees. "We actually have Realtors thank us for sending it," she says. "When we remove names from the mailing list, we receive calls from them asking how to get back on the list." With a simple set-up process, loan officers can request their photo and contact information printed on each of the issues they receive for distribution. It becomes a personal marketing tool, and a way to get in front of industry associates regularly in a meaningful way.

For a sample issue of *Market Commentary*, or information on setting up your own personalized issues, call Jane Conroy of marketing services at 215-682-1588.

# Community Works



## Thanksgiving Gifts

Bernie Navarro and Jesus Rodriguez of the Miami branch organized a turkey give-a-way in November that provided more than 500 of the neediest families in the Miami area with supplies for the Thanksgiving meal. Pictured is Jesus (center in striped shirt) handing out the main feast ingredient.



## Toys for Tots

Troy, MI, associates donated six large boxes of toys to their local Salvation Army's Toys for Tots campaign. More than 700 families signed up for assistance from the Salvation Army, who relies on the generosity of the community to fulfill the requests. Jennifer Ackley loaned the office a tree, and associates decorated it with 134 pairs of mittens and gloves to add to the donation. Pictured are organizers Debbie Carlile (l.) and Robin Green (r.) with the Salvation Army representative Darlene McKee.

GMAC Mortgage Corporation
25 Alhambra Plaza
Coral Gables, FL 33134
Tel: 305-445-0220
Toll Free: 1-888-560-4622
Fax: 305-445-8432



# MEMORANDUM

TO:        Ben Smith
           Executive Vice President

FROM:      Bernie Navarro
           Senior Loan Consultant

DATE:      December 3, 1998

SUBJECT:   Thanksgiving

---

On Sunday, November 22, Jesus Rodriguez, a Loan Officer in the Miami branch and I organized a turkey give away. It was done for the neediest part of the community. This was done with local sponsors.

It was a joyous event to give turkeys to 500 families who might not have had a meal for Thanksgiving. While at the same time GMACM truly shined.

*Great work!*

*Bernie*

*as usual. Thank*

*Ben*



March 18, 2022


Honorable Darrin P. Gayles
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128


Dear Judge:

Thank you for allowing me to submit this letter on behalf of Jesus Rodriguez to respectfully offer some background about him as you determine his sentence.

I have known Jesus since we met in kindergarten. We became fast friends as precocious 5 year olds at Henry M. Flagler Elementary and have remained very close friends ever since without interruption, spending countless times together with our parents, siblings, spouses and children during the course of the last four decades. Jesus was a groomsman in my wedding, and I was a groomsman at his. During my father's funeral two years ago, he was by my side. I know the essence of Jesus Rodriguez as well as anyone.

Irrespective of the mistakes that Jesus made that led to the legal situation he faces today, the positive feelings that our community holds for him remain unchanged. In an often-fickle society, like the one we live in, this is very telling about the respect he has earned.

Jesus has always been a man of high moral character and impeccable principle. He is a devoted husband, loving father, respectful son and unwavering friend. Jesus is also a person of faith whose deep sense of spirituality and humanity was molded by the values of his Christian upbringing. Ever since he was a young man he has spoken out against injustices and defended ideals like human rights, diversity and inclusion.

Those of us that know and love Jesus pray that Your Honor will consider the insight that we are offering about him and allow him to serve whatever sentence he is given from his home. We hope that Your Honor agrees that allowing Jesus to remain with his wife and children during his punishment is appropriate for the infraction that he is admitting to.

Thank you for your consideration of our petition.


Sincerely,

Alfredo Balsera


2199 Ponce de Leon Blvd, Suite 200, Coral Gables, FL 33134
ph: 305.441.1272



**ALFRED F. ANDREU PA**
ATTORNEY AT LAW
700 Biltmore Way, Suite C-1
Coral Gables, Florida 33134
Tel: (305) 403 - 8516
Fax: (786) 453 - 0142

Alfred F. Andreu, Esq.                                                                    alfred@andreu-law.com

January 25, 2022

Honorable Darrin P. Gayles
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Re:     USA v. Jesus Gabriel Rodriguez, Jr.
        Case No.: 1:21-cr-20529-DPG-1

Honorable Judge Gayles:

My name is Alfred F. Andreu. I am a resident of Miami-Dade County since my birth in 1979. I am a praciting real estate attorney and member of the Florida Bar since 2006.

I have known Jesus Rodiguez since my freshman year (1994) of high school at Christopher Columbus. I met Jesus one morning attending morning mass at the chapel which was located on campus. He was a senior and I was a freshman. He was part of the campus ministry along with my older brother. Jesus was a eucharistic minister offering communion to the attending freshman. Given his relationship with my older brohter I got to know Jesus and he became another older brother to me and son to my parents. Since his time in the campus ministiry I have always known Jesus to be man of God and faith.

For the last 30 years I have been honored to call Jesus not only a friend and confidant but brother. Any time that I needed advice whether personally or professionally I knew I could always turn to Jesus for guidance. Although older in age I have been able to witness Jesus grow from becoming a community counsel member, to a business leader, and finallly to a wonderful husband and father to his two young boys.

Knowing Jesus so many years, I have personally seen how this case has affected his life. This case has taken a tremendously negative toll on him and his family and although difficult to handle Jesus continues to persevere and manage his affairs and family life with compassion and commitment.

I admire Jesus as a father, respect him as a person, and cherish him as a brother. His absence would be felt tremendously.

It is my understanding that there will be a hearing for sentencing in the near future for Jesus on the above referenced case. Jesus has always been an exemplary son, brother, father, and friend. He is an individual with strong catholic beliefs, strong character, charming personality and sincerity. Jesus is the sole provider for his wife and two young children, Jay age 7 and Ian age 5. Jesus loves nothing more then spending time with his family and this is why I am requesting leniency at his sentencing. I hereby ask you to take the above into consideration and implore you to be lenient on Jesus during his sentencing hearing. He and his family have endured tremendous suffering these last couple of months and having Jesus reunited with his family as soon as possible will go along way in the healing process.

Sincerely,

Alfred F. Andreu, Esq.

February 21, 2022

Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr.
United State Courthouse
400 North Miami Avenue
Room 11-1
Miami, FL 33128

Dear Judge Gayles,

My name is Kristine Gondar, and I am happy to write this letter on behalf of Jesus Rodriguez, Jr. I met Jesus many years ago through my friend Laura, with whom I have been friends for more than 30 years. Through these years I have had the pleasure and honor to not only consider them my friends, but also my family. I was a bridesmaid in their wedding, I am godmother to their son Ian, and have traveled with them on family vacations. Jesus has always been an intelligent, kind, humorous, and thoughtful person. I've watched his relationship with Laura grow from dating, to marriage, to parenthood, and everything in between. Through it all they have continued to be the most supportive partners and most loving parents. Their two sons, Jay and Ian, are the perfect examples of the caring environment they foster. Jesus is an outstanding father who always makes sure to provide a good role model for his sons. I have personally seen the ease and happiness this role gives him. He is extremely involved in their daily lives supporting them in their education, personal interests, and extracurricular activities, as well as helping them learn how to be kind, loving and thoughtful human beings.

More personally, Jesus has been there for me through many ups and downs. He is always there to listen without judgement, offer sage advice over a drink, help move old furniture, quick with a joke to break up an awkward moment, celebrate our achievements, and comfort during loss. This kindness even extended to my mother, who he helped find a part-time job at a particularly tough financial time in her life.

This is the person I know Jesus to be, and I sincerely hope it provides you with a fuller picture of him as well. Thank you for your time and consideration.

Sincerely,

Kristine Gondar

January 20, 2022


Honorable Judge Darrin P. Gayles

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 11-1

Miami, FL  33128


Dear Sir:


I write to you today on behalf of my friend and past employer, Jesús Rodriguez. My name is Marvin Bostock; I'm a retired police Captain having worked the streets for 24 years. I'm not college educated but believe I've put the time in to hold a PHD in people. Police work was a job that I loved but it often didn't love me back, then I was blessed to meet Jesús.


In 2006 I was put out on disability pension after an on duty car crash. Things changed for me almost immediately as I met Jesús through an off duty job I was working. I was interviewed by Jesús and immediately offered a job with a very agreeable compensation package. The flip side was that I was actually interviewing him as well as I wasn't necessarily looking for a full time job.


I found Jesús to be a very intelligent, likeable and believable person who seemed to be beyond his years in his ability to communicate his vision. I accepted the position and through the years I have come to love Jesús as a brother as he made me a part of the family. I found that the initial interview was no smoke screen; Jesús Rodriguez was in fact the person he initially portrayed, plus some. At this point I've witnessed how Jesús and his family accept and treat employees as family. I've been coddled along through numerous surgeries and other incidents through the years with Jesús always going well beyond what you'd expect if he were just an employer, as have other employees.

Now, 16 years later, I find my brother entangled in a mess that we're helpless to assist him with. Something so out of character that I can't comprehend for even a second that he could knowingly be involved in. We've all made our share of mistakes, I've made enough for 2 lifetimes, but this is not who Jesús Rodriguez is. This is not the caring, compassionate man I've known for all this time, nothing can make me believe these charges.

Jesús and his family have done a lot of good for a lot of people and I hope that these things will be weighed in to the difficult decision you'll ultimately make. I miss my brother/boss everyday though we talk often. Jesús has such leadership skills for such a young man, we need people like him. His wife and young children need him. I believe that if you get a chance to know the man, not just the charges, you'll see what I mean.

There is so much more I can say but I'd love the opportunity to say it in person sir. The written word just cannot properly convey my respect, admiration and love for this man. I'm at your beckon call to fly to Miami if it were ever feasible or helpful to speak with you in person about the character of my brother, Jesús Rodriguez.

Respectfully,

Marvin Bostock

1004 Mayfair Ave.

Clarksville, IN  47129

(812) 989-7824

November 1, 2021

To the honorable Judge Darrin Gayles,

I have known Jesus Rodriguez Jr. for nearly 15 years as I am a close family friend to his father, Jesus Rodriguez, Sr., and sons.

I am currently a Miami-Dade County Police Officer assigned to the Aviation Unit as a Police Pilot. I have worked with Miami Dade County since 2006. On February 23, 2007, I was assigned to the Kendall District as a Police Officer. I was called to Mr. Rodriguez' residence after his father suffered a massive heart attack. By God's grace, Mr. Rodriguez survived.

In a show of gratitude, Mr. Rodriguez, Jr. wrote a heart-felt letter to the police department expressing his sentiments and appreciation for our life saving efforts. It was then, that I had the opportunity to personally meet Mr. Rodriguez, Jr.

Although I am a sworn police officer, I write this letter to you as a private citizen. Throughout the many years I have known Mr. Rodriguez, Jr., he has been a man of unblemished character with a steadfast moral compass. He has been a strong supporter of Law Enforcement and empathetic to the unique challenges we face. More importantly, I've also known Mr. Rodriguez, Jr., to be a dedicated and loving family man. He has unwaveringly supported his parents throughout their health care challenges over many years.

I respectfully ask that the court consider my words about his character in any decision regarding Mr. Rodriguez, Jr., moving forward. Further, I ask the court to regard his family and the important position he carries among his own children and parents.

Please feel free to contact me should you have any questions.

I thank you in advance for your time and consideration.

Respectfully yours,

Mario G. Hernandez, III
786-298-7026
blueline7840@gmail.com

# Carlo Rubino

January 22, 2022

The Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

RE: CARLO RUBINO'S LETTER OF SUPPORT OF HIS REQUEST FOR CLEMENCY IN
THE SENTENCING OF JESUS G. RODRIGUEZ, JR.

Dear Judge Gayles,

I'm sending this letter requesting leniency on behalf of Jesus G. Rodriguez who will be
pleading guilty to a 18 U.S. Code § 542 violation. I have had the pleasure of knowing
Jesus for 21 years, having been introduced to him through our former employer, Malca-
Amit. Our relationship continues to this day even after I transitioned my career path to
that of a Chicago Police Officer.

I appreciate your fairness in accepting his guilty plea and assure you of his remorse.

I know Jesus G. Rodriguez Jr. regrets his actions and feels that he not only let himself
and his family down, but let his country down.

I can attest to his patriotism to the United States from conversations we have had
regarding his parents, family and friends who fled the evil communist rule of Cuba for the
endless fruits of freedom and opportunities provided under the umbrella of the Unites
States of America. I know Jesus to be devoted to his wife Laura and sons Jay and Ian, all
of whom he adores and works hard for. He is no longer involved in the business he has
known most of his adult life. I know he will be successful in his future endeavors, and a
better citizen.

In closing, I humbly request a lenient sentence as time in jail will put his family in severe
difficulty. Thank you for taking the time to read my letter. I can be reached at
312-907-5341.

Sincerely,
Carlo Rubino

7246 N. OLCOTT AVE. CHICAGO, IL 60631

March 24, 2022

**Re:  Letter of Support for Jesus Rodriguez.**

To the Honorable Judge Darrin P. Gayles:

My name is Eladio M. Paez.  I honorably retired from Law Enforcement on January of 2004, currently I'm the president of a Private Security and Investigation Firm.  As a life-long Law Enforcement professional, it is with a heavy heart that I write this letter in support of Jesus Rodriguez.  A heavy heart mainly because Jesus is an exceptional father, husband, son, neighbor, friend and I have seen first-hand how this case has been detrimental to the Rodriguez family.

I have known Jesus for over 17 years; he has proven to be a caring friend and a great family man.   Jesus is unstoppable at work and although compassioned with his subordinates, I have seen Jesus dealing with his employees; he treats them with respect, mentors them and encourages integrity, transparency and security compliance.   Jesus is always poised to extend his hand and help those in need without expecting anything in return, those who come across his caring and humble character leave with the impression of a decent, honest and honorable person.   I have seen Jesus being a loving and caring father and husband. I have seen Jesus nurturing his parents with respect and love. I am proud to call him my friend.

Your Honor, I implore you take these words into account when you consider Jesus fate; he is the pillar of his family.

Respectfully,


Eladio M. Paez



**KIWANIS OF LITTLE HAVANA FOUNDATION**
MIAMI    FLORIDA

January 29, 2022

Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1\
Miami, FL  33128

**OFFICERS**

CHAIRMAN
Henry Jimenez

FIRST VICE CHAIRMAN
Manuel A. González

SECOND VICE CHAIRMAN
Pedro L. González

SECRETARY
Orestes Wrves

ASSISTANT SECRETARY
Raul E. Pérez-Liste

TREASURER
Andrés Bolaño

ASSISTANT TREASURER
Jesús Lebeña

PAST CHAIRMEN
Ray Rodríguez
Pedro Menendez
Manuel A. Cuervo
Carlos Halley
Eugenio Hernández

Dear Your Honor:

   I write this letter on behalf of the Kiwanis Club of Little Havana to ask for Clemency for Jesus Rodriguez.  I have been a member of the KCLH for over 25 years.  The KC LH conducts many charitable activities throughout the year, amongst them are:

1.  Adoption of Families during Christmas Holiday
2.  Summer Camp Programs
3.  Mentoring/Tutoring
4.  Back to School Back Pack Give away.

For more than two decades, Jesus Rodriguez Jr. has been present whenever called upon by our organization.  When personally volunteering his time, he would often come with this eldest son Jay.  I witnessed how he instilled the commitment to serve his community to his oldest son through his example.  Besides volunteering his time, he also contributed much needed funds to these charities.  I humbly ask for Clemency for Jesus Rodriguez.  I know that he will continue to be a good example to his children, a loving husband to his wife Laura, and a contributing member of our community.

Thank you for your time,

Henry Jimenez

1400 S.W. First Street • Miami, FL 33135 • Tel: (305) 644-8888 • Fax: (305) 644-8693



# SAINT ANDREW'S

Saved by Grace, Called to Serve.

November 10, 2021

Honorable Judge
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

RE: Jesus Rodriguez

Your Honor:

Please know, Jesus Rodriguez and his family are members of St. Andrew's and have been since April 2016. Jesus, Laura, Jay, and Ian all attend church at St. Andrew's.

Pre-pandemic, Jesus was one of four shoppers who picked up and delivered food to our food pantry. Jesus would often do this work with his son Jay. This food pantry serves about 35 families a week and provides groceries to those in need.

Before this ministry was shut due to Covid, cases of food are purchased every week and brought to the church for distribution. Jesus did this shopping about once a month for four years. Together with his family, Jesus would stock the pantry shelves and do the heavy lifting. Jesus aided greatly to the church's food ministry.

If you have any questions about Jesus' involvement at St. Andrew's please feel free to contact me. My cell is (305) 586-1086.

Sincerely,

The Rev. Spencer B. Potter
Rector

14260 Old Cutler Road
Miami, Florida 33158
(305) 238-2161
standrewsmiami.org

Gabriel O. Fundora, Esq.
15128 Arbor Hollow Dr.
Tampa, FL 33556

January 31, 2022

Hon. Darrin P. Gayles
U.S. District Court
Southern District of Florida
Miami, FL

Re:     Character Reference for Jesus G. Rodriguez, Jr.
        Case No.: 21-CR-20529-DPG
        Sentencing Date: April 4, 2022

Dear Judge Gayles,

My name is Gabriel O. Fundora, and I am an executive with an insurance carrier in Florida and a member
of the Florida Bar in good standing. I write to you today in support of my friend Jesus Rodriguez, Jr,
better known to his friends and family as Jay. I have been friends with Jay and his wife Laura for over a
decade, Jay's wife and my wife have known each other since elementary school. I respectfully request
that you consider this letter and other character letters when determining the appropriate sentence for
Jay.

In the time that I have known Jay, I have always found him to be a reliable, dependable, honest, and
trustworthy friend. As an example, a few years ago Jay had a pest removal business, I trusted him with
my home and the homes of other members of my family.

When our children played together, I saw first-hand what a wonderful father Jay is to his two boys, Jay
Jr. and Ian. Faith is important to the Rodriguez family, and I had the privilege of attending his sons'
baptisms. Over the years I have seen how the boys look up to their dad and how he has been a provider
and a role model for them.

Your Honor, I respectfully request that you consider Jay's service as a former public servant for Miami-
Dade County, the people that he has helped over the years by giving them a job, his trustworthy and
dependable service to his community both civically and professionally, and the fact that he is the
primary earner for his family. His sons are still very young, and I ask that you take into consideration
Jay's cooperation and remorse. Please do not sentence him to time away from his family, especially his
tender-aged sons.

Thank you for your consideration of this letter. I know and I pray that Justice and Mercy will carry the
day.

Respectfully,

Gabriel O. Fundora, Esq.



GRAY ROBINSON
ATTORNEYS AT LAW

333 S.E. 2ND AVENUE
SUITE 3200
MIAMI, FLORIDA 33131
TEL 305-416-6880
FAX 305-416-6887
gray-robinson.com

*BOCA RATON*
*FORT LAUDERDALE*
*GAINESVILLE*
*JACKSONVILLE*
*KEY WEST*
*LAKELAND*
*MELBOURNE*
*MIAMI*
*NAPLES*
*ORLANDO*
*TALLAHASSEE*
*TAMPA*

305-416-6960
PETER.QUINTER@GRAY-ROBINSON.COM

March 10, 2022

Honorable Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 11-1
Miami, Florida 33128

        Re:    Jesus Rodriguez, Jr.

Dear Judge Gayles:

I am the Chair of the U.S. Customs and International Trade Law Group at this law firm. I have practiced import/export law ever since I was the Assistant Regional Counsel, Office of Chief Counsel, U.S. Customs Service (now U.S. Customs and Border Protection), in Miami, Florida, from 1989 to 1994. Several years ago, I became familiar with both Transvalue and Jesus Rodriguez, Jr. regarding my representation of various import companies located in Miami. I generally represent such import companies regarding their planned compliance with the various import laws, regulations, policies, and procedures of Federal agencies, especially U.S. Customs and Border Protection (CBP). I have seen Mr. Rodriguez as a fellow member of the International Precious Metals Institute (IPMI). I have lectured at both the Security and AML and annual conferences of the IPMI for the past several years.

I recall representing Transvalue some years ago regarding first a CBP seizure matter, and then providing legal advice interpreting the regulations and guidance of the Financial Crimes Enforcement Network (FinCEN), and agency within the U.S. Department of the Treasury. I have visited the offices of Transvalue, and had the pleasure of having lunch with both Jesus Rodriguez, Sr. and Jesus Rodriguez, Jr. It is my impression that Jesus Rodriguez, Jr. was well known and respected at IPMI events, was always courteous to Transvalue employees, inquisitive about the policies and procedures of Federal agencies that affected his business, and welcoming of provided legal advice.

I am generally familiar with the factual and legal allegations made against Mr. Rodriguez, and am aware of the terms of the plea agreement. It is my hope that the violation of law for which

**GrayRobinson**
Professional Association

Honorable Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
March 10, 2022
Page 2

Mr. Rodriguez pled guilty will be but one factor of someone whom I have had the honor of knowing and working with for many years.

Sincerely,

Peter Quinter

Peter A. Quinter, Shareholder
Florida Bar Board Certified in
International Law

Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue., Room 11-1
Miami, Florida 33128

January 20, 2022

RE: Jesus Gabriel Rodriguez

Dear Honorable Judge Gayles,

It is with humble reverence that I write this letter on behalf of Jesus G. Rodriguez. I have known Jesus for over 10 years. He and I should have met 10 years prior seeing as how we have many acquaintances in common, but fate (and our wives) served as the catalyst for the great friendship we have since enjoyed. I have come to know Jesus to be a dependable, faithful and honest man, but especially a very valued member of my family's inner circle.

Through the years I have had the privilege of witnessing the incredible father Jesus is to his two smart and talented boys, Jay and Ian. He is always at the ready with a fishing rod, a baseball, and an adventure - anything to provide his sons with an enriching experience. Many an afternoon I have witnessed what a kind and patient teacher he is to his boys, from explaining the right way to eat a hotdog (only mustard, no ketchup), to how to tie a shoe.

His devotion to his wife, Laura, doesn't come at the expense of his boys; in fact, their partnership is at the center of the beautiful family they have created. As a couple their generosity not only to their family and friends, but to the community, is one to be commended. They are always available to lend a helping hand or supportive ear.

This past year has brought the most challenging days to my dear friend and his family. It has saddened me to see the effect this has had on their daily lives, like an ominous cloud looming over them. Somehow, they have met these challenges with strength and optimism, eager to put this difficult period behind them. Therefore, I humbly ask you to take into consideration the upstanding and honorable husband and father before you. Jesus is a responsible, dependable and kind person who deserves to continue living his life serving his family and his community.

If you have any questions, I can be reached at (786) 402-9431 or tony@jafglobal.com.

Sincerely,

Anthony Falcon

Anthony Falcon
9515 SW 81 Avenue, Miami, Fl. 33156

Armida Di Santi
Cell: 786.506.6513
IBI International Logistics Inc.
7421 NW 7ᵗʰ Street
Miami, FL 33126
Office: (305)592-0997

November 5ᵗʰ, 2021

Re: Jesus Rodriguez Jr.

To Your Honour's Attention:

I am grateful to have known and worked with Jesus Rodriguez Jr. for more than 10 years. It is with my utmost support and compassion that I address this letter to Your Honour's consideration as it relates to Jesus' current situation.

As a leader in our work environment, Mr. Rodriguez always goes above and beyond for his employees. He is always willing to partake in any task that needs completing from the most difficult of problems to the simpler every-day details. He is a gifted leader that knows how to manage a variety of personalities in our office and our complex line of work. Above all, Jesus is a generous and understanding person who prides himself on his honesty and family commitment. Outside of his home, he has grown our company into a family unit that looks to him as a pillar of integrity. He is a role model for his children and our staff in all of his interactions with customers, vendors, and strangers alike. His dedication to this company motivates us all to go above and beyond for each and every one of our customers. His exceptional interpersonal skills extend to every level of an organization, leading by example every step of the way.

Jesus and I met when I was first hired to work for TransValue. From my first interaction with him, he showed me nothing but respect and positivity. His personality makes him easily approachable, and he is never too busy to assist any of his employees no matter how trivial the item. He is readily available to share ideas with and is open to employee feedback and suggestions. I can wholeheartedly say that I am a better professional for having his guidance, and I am privileged to provide my support in this character reference.

With my respect and courtesy, please accept this reference on his behalf. I am happy to share this information with you and any other parties whom it may be relevant to.

Most sincerely,

Armida Di Santi
6804 SW 139ᵗʰ Place
Miami, Fl 33183

January 24th, 2022.

To Whom It May Concern,

My name is Angel U. Guinea. I have been working in an executive capacity (Senior VP of a fortune 500 company nearly 30 years and as a CEO of three other large corporations). as well as a member of the Board of Directors of four (4) security services businesses and International Armored truck companies.

During my tenure in these industries, I have worked closely with law enforcement personnel that include Detectives, US Attorney's, and State Attorney's offices, in addition to over twenty Special Agents from the FBI in cooperation of getting to the bottom of many crimes against the companies that I represented. One of them was on April 11th of 1986, which is considered the worse day in FBI history. On that dreadful morning, I was meeting with Special Agents Grogan and Dove of which a few minutes after our meeting were killed by two of the worse armored trucks criminals in U.S. history (Matix and Platt).

The reason I am providing you the details of my responsibilities is to show you that at certain times throughout my life, I have dealt with exceptionally good people that are the basis of law and order in our country, as well as the other extreme of the criminals that do not respect the laws of our precious country.

I have the pleasure of knowing Mr. Jesus Rodriguez Jr. for over 30 years. Jesus is one of the most honest and law-abiding citizens that I know. I trust him without any reservation and admire his well-intended personality. He is a decent, family oriented person comprised of his wife and two young children. When conversing, it is evident that he is well educated and has good Christian values. It is easy to admire a person such as Mr. Rodriguez who has worked hard throughout his life and takes pride in everything he does.

I was hired by Mr. Rodriguez in January of 2018, with the sole intent to build upon the business model that he had labored so much to create and grow throughout the years. He explained that my experience and track record as an executive leader would bring forth additional growth from an operational and administrative perspective. Throughout my short tenure at Transvalue Inc., it was evident to me that Mr. Rodriguez vision of a corporate entity was one that focused on regulatory compliance (i.e., the Florida OFR, CBP, DOT, TSA, etc.) which by being 100% in compliance, fostered an excellent culture for its management for training, mentoring, leadership. This in turn would set the stage for better business and a competitive spirit. I am confident that Mr. Rodriguez's integrity, dedication to duty, correctness, and overall compassion to his fellow employees, reflected great credit upon himself and TransValue Inc.

Sincerely,

Angel U. Guinea.

CEO, IBI International Logistics Inc.